X AMENDED CHAPTER 13 PLAN

DEBTOR(s)  **FRANK BECKER**     CASE NO: 6-09-bk-04383-KSJ

The projected disposable income of the debtor(s) is submitted to the supervision and control of the Trustee, and the debtor(s) shall pay to the Trustee by money order or cashier check commencing by the 30th day following the filing of the original Chapter 13 Plan the sum of $1950.00 for months No. 1 to month 24; $2010.00 for months 25 to month 60. From the payments received, the Trustee shall make disbursements as follows.

**PRIORITY**: The Trustee percentage fee as set by the United States Trustee, AND:

| Name of Creditor | Claim Amount | Payment Amount | Payment Number |
|---|---|---|---|
| Robert Branson | 3000.00 | 249/124/17 | 1-7/8-17/18 |

**SECURED**:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Carolina First Bank | 10286.00 | value | |
| WAMU | 171222.00 | 1362.65 | 1-60 |
| WAMU | 49226.00 | to be treated as unsecured | |

**SECURED ARREARAGES:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| WAMU | 13653.88 | 125/249/300 | 8-18/19-24/25-60 |

**VALUATION OF SECURITY**

| Name of Creditor | Claim Amt | Value Amt | Payment Amt | Payment Numbers |
|---|---|---|---|---|
| Carolina First Bank | 10286.00 | 7500 @ 5.25% | 143.00 | 1-60 |

**Dated:**_____     _____
                          Signature of Debtor

**Dated:** 9/3/09  /s/ Robert B. Branson_____
                          Signature of Attorney

A true and correct copy of the foregoing has been sent this 2nd day of September, 2009 by electronic transmission or by US Mail to Non-ECF Users to: All creditors and interested parties.

                                          /s/ Robert B. Branson_____
                                          Robert B. Branson
                                          1524 E. Livingston Street
                                          Orlando, FL  32803
                                          (407) 894-6834
                                          Florida Bar No: 800988
                                          Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:09-bk-04383-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Sep  3 14:32:56 EDT 2009 | Frank Arthur Becker<br>4231 Yorketowne Road<br>Orlando, FL 32812-7957 | Robert B Branson<br>Law Office of Robert Branson<br>1524 East Livingston Street<br>Orlando, FL 32803-5436 |
| Capital 1 Bank<br>Attn: C/O TSYS Debt<br>Po Box 5155<br>Norcross, GA 30091-5155 | Capital One Bank (USA), N.A.<br>C/O Tsys Debt Management (Tdm)<br>PO BOX 5155<br>NORCROSS, GA 30091-5155 | Carolina First Bank<br>100 S Orange Ave Ste 100<br>Orlando, FL 32801-3219 |
| Centra Care<br>FL Hospital Urgent Care<br>901 N Lake Destiny Road<br>Suite 400<br>Maitland, FL 32751-4891 | Lee H Davis<br>Florida Default Law Group, P.L.<br>Post Office Box 25018<br>Tampa, FL 33622-5018 | Fia Card Services, N.A.<br>Attn. Mr. Bk<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| Fia Csna<br>Po Box 26012<br>Nc4-105-02-77<br>Greensboro, NC 27420-6012 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Gemb/chevron<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JP Morgan Chase Bank<br>c/o Florida Default Law Group PL<br>PO Box 25018<br>Tampa FL 33622-5018 |
| JPMorgan Chase Bank<br>7255 Baymeadows Way<br>Mail Stop JAXB2007<br>Jacksonville, FL 32256-6851 | JPMorgan Chase Bank, National Association<br>Florida Default Law Group PL<br>c/o Wayne Spivak<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | JPMorgan Chase Bank, National Association<br>Moss Codilis, LLp @ WaMu<br>1270 Northland Drive, Ste 200<br>Mendota Heights, MN 55120-1176 |
| JPMorgan Chase Bank, National Association<br>1270 Northland Drive, Ste 200<br>Mendota Heights, MN 55120-1176 | Mercantile Bank a division of Carolina First<br>Attn: Sandy Howard<br>PO Box 1029<br>Greenville, SC 29602-1029 | Orange County Tax Collector<br>Attn:  Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 |
| PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC as agent of<br>HSBC Bank Nevada, N.A.<br>P.O. Box 12907<br>Norfolk, VA 23541-0907 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Scottsboro/Dekalb Ent PC<br>4063 Taylor Street<br>Scottsboro, AL 35768 | Wayne B Spivak<br>Florida Default Law Group, P.L.<br>Post Office Box 25018<br>Tampa, FL 33622-5018 | Gavin Stewart<br>Florida Default Law Group, PL<br>9119 Corporate Lake Drive, Suite 300<br>Tampa, FL 33634-2380 |
| Steve Dinh Tran<br>Florida Default Law Group<br>9119 Corporate Lake Drive<br>Tampa, FL 33634-2362 | Washington Mutual Mortgage<br>Attn:  Bk Dept. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256-6851 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30