**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Case No: 6:09-bk-4383-KSJ**

**In Re:**

FRANK BECKER,

    Debtor.
_____/

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2.19A, the Court will consider this pleading without further notice or hearing UNLESS a party in interest files an objection within 21 days from the service of this pleading. If you object to the relief requested herein, you must file your objection with the Clerk of the Court at 135 W. Central Blvd, Ste 950, Orlando, FL 32801 and serve a copy on the undersigned at the address set forth below. If you file an serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested herein, will proceed to consider this pleading without further notice of hearing and may grant the relief requested.

**MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

Comes now the Debtor, by and through Counsel undersigned and files this their Motion to Modify Confirmed Chapter 13 Plan and would state as follows:

1. Debtor's case was confirmed on November 9, 2009 and modified on July 19, 2010, and on March 17, 2011.

2. The Debtor has been struggling to maintain his Chapter 13 payments due to unexpected expenses.

3. Debtor proposes to modify his confirmed plan payments and disbursements as follows: SEE ATTACHED SPREADSHEET

4. Since the Debtor's confirmed plan provided for payments of all disposable income over a period of thirty six months and priority and secured creditors will not be adversely effected by this modification, it is further moved that provisions for a notice and

hearing as specified by 11 U.S.C. Section 1329 (b) (2) is hereby waived. All other provisions of the Order confirming Chapter 13 plan remain the same, unless otherwise modified herein.

WHEREFORE, Debtor requests this Honorable Court for its Order granting Debtor's Motion to Modify and such other relief that may be deemed just and proper in the circumstances.

A true and correct copy of the foregoing has been sent by either electronic transmission this 12th day of October, 2011, or U.S. Mail the 13th day of October, 2011, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor: and to All Creditors and Interested Parties.

/s/ Robert B. Branson
Law Office of Robert B. Branson, PA
Florida Bar No. 0800988
1501 East Concord Street
Orlando, FL 32803
(407) 894-6834
Attorney for Debtor(s)

| DUE DATE | 09-4383 | | BECKER | | | | | CLAIM 004 | | | CLAIM 104 | | | CLAIM 002 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28TH | | | | 6.0% | | | | $11,729.00 | | | | | | $2,019.00 | | | |
| | Unsecured | | Debtor Pmt | Tee Fee | | | ATTY | JP MORGAN | | | ARR | | | CAROLINA 1ST | | | |
| | 60 | | 60 | | | | | | | | | | | | | | |
| 5/14/2009 1 | $0.33 | | $1,867.00 | $112.02 | | | $249.00 | $1,362.65 | | | | | | $143.00 | 1 | at | may |
| 6/14/2009 2 | $0.33 | | $1,867.00 | $112.02 | | | $249.00 | $1,362.65 | | | | | | $143.00 | | | |
| 7/14/2009 3 | $0.33 | | $1,867.00 | $112.02 | | | $249.00 | $1,362.65 | | | | | | $143.00 | | | |
| 8/14/2009 4 | $0.33 | | $1,867.00 | $112.02 | | | $249.00 | $1,362.65 | | | | | | $143.00 | | | |
| 9/14/2009 5 | $0.33 | | $1,867.00 | $112.02 | | | $249.00 | $1,362.65 | | | | | | $143.00 | | | |
| 10/14/2009 6 | $0.33 | | $1,867.00 | $112.02 | | | $249.00 | $1,362.65 | | | | | | $143.00 | | | |
| 11/14/2009 7 | $0.33 | | $1,867.00 | $112.02 | | | $249.00 | $1,362.65 | 7 | at | | | | $143.00 | | | |
| 12/14/2009 8 | $0.33 | 8 | at $1,867.00 | $112.02 | 8 | at | $124.00 | 8 at $1,362.65 | 1 | at | $125.00 | | | $143.00 | | | |
| 1/14/2010 9 | $2.82 | 1 | at $953.00 | $57.18 | 1 | at | $750.00 | 1 at 9-15 PAID | | | | | | $143.00 | | | |
| 2/14/2010 10 | $0.10 | | $365.00 | $21.90 | | | $200.00 | 1 at DIRECT | | | $0.00 | | | $143.00 | | | |
| 3/14/2010 11 | $0.10 | | $365.00 | $21.90 | | | $200.00 | 1 at UNDER | | | $0.00 | | | $143.00 | | | |
| 4/14/2010 12 | $0.10 | 3 | at $365.00 | $21.90 | 3 | at | $200.00 | 1 at HAMP | | | $0.00 | 12 | at | $143.00 | | | |
| 5/14/2010 13 | $2.90 | | $135.00 | $8.10 | | | $124.00 | $0.00 | | | $0.00 | | | | | | |
| 6/14/2010 14 | $2.90 | | $135.00 | $8.10 | | | $124.00 | $0.00 | | | $0.00 | | | | | | |
| 7/14/2010 15 | $2.90 | 3 | at $135.00 | $8.10 | | | $124.00 | 3 at $0.00 | | | $0.00 | 3 | at | | | | |
| 8/14/2010 16 | $0.46 | | $734.00 | $44.04 | | | $124.00 | $414.00 | | | $0.00 | | | $151.50 | | | |
| 9/14/2010 17 | $0.46 | 2 | at $734.00 | $44.04 | 5 | at | $124.00 | 2 at $414.00 | | | $0.00 | 2 | at | $151.50 | | | |
| 10/14/2010 18 | $0.64 | | $6.00 | $0.36 | | | | | | | $0.00 | | | $5.00 | | | |
| 11/14/2010 19 | $0.64 | | $6.00 | $0.36 | | | | | | | $0.00 | | | $5.00 | | | |
| 12/14/2010 20 | $0.64 | 3 | at $6.00 | $0.36 | 3 | at | | 3 at | | | $0.00 | | | $5.00 | | | |
| 1/14/2011 21 | $0.32 | 1 | at $1,541.00 | $92.46 | 1 | at | $570.00 | $873.22 | | | $0.00 | 4 | at | $5.00 | | | |
| 2/14/2011 22 | $0.99 | 1 | at $1,700.00 | $102.00 | 1 | at | $557.00 | $873.22 | | | $0.00 | | | $166.79 | | | |
| 3/14/2011 23 | $0.49 | 1 | at $1,175.00 | $70.50 | | | $64.00 | 3 at $873.22 | | | $0.00 | | | $166.79 | | | |
| 4/14/2011 24 | $1.01 | | $1,220.00 | $73.20 | | | $64.00 | $915.00 | | | $0.00 | | | $166.79 | | | |
| 5/14/2011 25 | $1.01 | | $1,220.00 | $73.20 | | | $64.00 | $915.00 | | | $0.00 | | | $166.79 | | | |
| 6/14/2011 26 | $1.01 | | $1,220.00 | $73.20 | | | $64.00 | $915.00 | | | $0.00 | | | $166.79 | | | |
| 7/14/2011 27 | $1.01 | 4 | at $1,220.00 | $73.20 | | | $64.00 | $915.00 | | | $0.00 | 6 | at | $166.79 | | | |
| 8/14/2011 28 | $0.00 | 1 | at $1,215.00 | $72.90 | | | $64.00 | 5 at $915.00 | | | $0.00 | 1 | at | $163.10 | | | |
| 9/14/2011 29 | $0.00 | 1 | at $0.00 | $0.00 | 7 | at | $0.00 | 1 at $0.00 | | | $0.00 | 1 | at | $0.00 | | | |
| 10/14/2011 30 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 11/14/2011 31 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 12/14/2011 32 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 1/14/2012 33 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 2/14/2012 34 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 3/14/2012 35 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 4/14/2012 36 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 5/14/2012 37 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 6/14/2012 38 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 7/14/2012 39 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 8/14/2012 40 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 9/14/2012 41 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 10/14/2012 42 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 11/14/2012 43 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 12/14/2012 44 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 1/14/2013 45 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 2/14/2013 46 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 3/14/2013 47 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 4/14/2013 48 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 5/14/2013 49 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 6/14/2013 50 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 7/14/2013 51 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 8/14/2013 52 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 9/14/2013 53 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 10/14/2013 54 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 11/14/2013 55 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 12/14/2013 56 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 1/14/2014 57 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 2/14/2014 58 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 3/14/2014 59 | $1.38 | | $1,260.00 | $75.60 | | | $66.00 | $944.52 | | | $0.00 | | | $172.50 | | | |
| 4/14/2014 60 | $1.38 | 31 | at $1,260.00 | $75.60 | | | $66.00 | 31 at $944.52 | | | $0.00 | 31 | at | $172.50 | | | |
| | $65.92 | | $68,446.00 | $4,106.76 | | | $7,394.00 | $48,203.98 | | | $125.00 | | | $8,550.34 | | | |
| | $66,907.01 | | | | | | ATTY | CLAIM 004 | | | under hamp | | | 8543.72 | | | |
| | 0% | | | | | | | | | | CLAIM 104 | | | CLAIM 002 | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:09-bk-04383-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Oct 12 16:52:02 EDT 2011 | Frank Arthur Becker<br>4231 Yorketowne Road<br>Orlando, FL 32812-7957 | Candica LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVE<br>STE 400<br>SEATTLE, WA 98121-3132 |
| Chase Home Finance, LLC.<br>Mail Code LA4-5555  700 Kansas Lane<br>Monroe, LA 71203 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Ralph Hornsby Jr.<br>Hornsby, Watson, Hornsby & Blackwell<br>1110 Gleneagles Drive<br>Hutsville, AL 35801-6404 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, National Association<br>Florida Default Law Group PL<br>c/o Wayne Spivak<br>P.O. Box 25018<br>Tampa, FL 33622-5018 |
| JPMorgan Chase Bank, National Association<br>Moss Codilis, LLp @ WaMu<br>1270 Northland Drive, Ste 200<br>Mendota Heights, MN 55120-1176 | National Capital Management, LLC<br>8245 Tournament Drive, Ste. 230<br>Memphis, TN 38125-1741 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Carolina First Bank<br>100 S Orange Ave Ste 100<br>Orlando, FL 32801-3219 | Centra Care<br>FL Hospital Urgent Care<br>901 N Lake Destiny Road<br>Suite 400<br>Maitland, FL 32751-4891 |
| Fia Card Services, N.A.<br>Attn. Mr. Bk<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | Fia Csna<br>Po Box 26012<br>Nc4-105-02-77<br>Greensboro, NC 27420-6012 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Gemb/chevron<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JP Morgan Chase Bank<br>c/o Florida Default Law Group PL<br>PO Box 25018<br>Tampa FL 33622-5018 | JPMorgan Chase Bank<br>7255 Baymeadows Way<br>Mail Stop JAXB2007<br>Jacksonville, FL 32256-6851 | JPMorgan Chase Bank, National Association<br>1270 Northland Drive, Ste 200<br>Mendota Heights, MN 55120-1176 |
| Mercantile Bank a division of Carolina First<br>Attn: Sandy Howard<br>PO Box 1029<br>Greenville, SC 29602-1029 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA | Orange County Tax Collector<br>Attn:  Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 |
| PRA Receivables Management, LLC as agent of<br>HSBC Bank Nevada, N.A.<br>P.O. Box 12907<br>Norfolk, VA 23541-0907 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Scottsboro/Dekalb Ent PC<br>4063 Taylor Street<br>Scottsboro, AL 35768 |

```
Washington Mutual Mortgage          Laurie K Weatherford +           Robert B. Branson +
Attn:  Bk Dept. JAXA 2035           Post Office Box 3450             Law Office of Robert B. Branson PA
7255 Bay Meadows Way                Winter Park, FL 32790-3450       1501 E. Concord Street
Jacksonville, FL 32256-6851                                          Orlando, FL 32803-5411


Elizabeth T Frau +                  Richard S. Ralston +             Gavin Stewart +
P. O. Box 25018                     Weinstein & Riley, P.S.          Florida Default Law Group PL
Tampa, FL 33622-5018                2001 Western Avenue, Suite 400   PO Box 25018
                                    Seattle, WA 98121-3132           Tampa, FL 33622-5018


Teresa M. Hair +
Florida Default Law Group, PL
PO  Box 25018
Tampa, FL 33622-5018
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital 1 Bank                      (d)Capital One Bank (USA), N.A.  Internal Revenue Service
Attn: C/O TSYS Debt                 C/O Tsys Debt Management (Tdm)   Post Office Box 21126
Po Box 5155                         PO BOX 5155                      Philadelphia PA 19114
Norcross, GA 30091                  NORCROSS, GA   30091


Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann               (d)CANDICA L.L.C.                End of Label Matrix
Orlando                             C O Weinstein And Riley, PS      Mailable recipients    36
                                    2001 Western Avenue, Ste 400    Bypassed recipients     2
                                    Seattle, Wa 98121-3132           Total                  38
```