UNITED STATES BANKRUPTY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:09-bk-04383-KSJ

In Re:

FRANK BECKER,

    Debtor.
_____/

**SUPPLEMENTAL DISCLOSURE OF ATTORNEY COMPENSATION**

The Debtor has incurred additional attorney's fees as follows:

Monthly Monitoring Fee of $50.00 for a total of $1500.00

Three Motions to Modify Plan at $500.00 per modification for a total of $1500.00

Motion to Compel Mortgage Modification for a sum of $500.00 (process to obtain final agreement was from approximately April of 2010 to January of 2011)

Application to Employ Attorney and Amendment to Schedule B (P/I suit) $350.00

**Total of $3950.00**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on the 30th day of November, 2011, to: Laurie K. Weatherford, Trustee, PO Box 2968, Winter Park, FL 32790 and to Debtor.

    /s/ Robert B. Branson
    Law Office of Robert B. Branson
    Robert B. Branson
    Florida Bar Number: 800988
    John F. Raffaelli
    Florida Bar Number: 808008
    1501 E. Concord Street
    Orlando, FL 32803
    (407) 894-6834
    Attorney for Debtor(s)