**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                Case No: 6:09-bk-4383-KSJ

FRANK BECKER,                                                 Chapter 13
                Debtor.
_____/

**APPLICATION OF ROBERT B. BRANSON OF THE LAW OFFICE OF ROBERT B. BRANSON, PA, ATTORNEY FOR DEBTOR IN POSSESSION, FOR AWARD OF COMPENSATION AND EXPENSES FOR SERVICES RENDERED**

    ROBERT B. BRANSON of the firm of the Law Office of Robert B. Branson, PA, attorneys for the debtor, FRANK BECKER, and request an award of attorneys' fees and reimbursement of expenses pursuant to 11 U.S.C Section 330 would state as follows:

**TIME PERIODS FOR AMOUNTS REQUESTED**

    1.    This application covers the time period from January 15, 2009, through December 19, 2011.  Counsel has agreed to seek compensation on an hourly rate for all services rendered regarding this bankruptcy proceeding on behalf of the Debtor.

**GENERAL SUMMARY OF TIME**

    2.    Applicant seeks allowance of fees for services provided to the debtor in the areas of representation described below.  The services rendered have been divided into the following categories.

| Code Number/Matter | Fees Incurred | Total Hours |
|---|---|---|
| 1. Case Administration, pleadings, meetings with client and all other legal matters | $4757.50  attorney<br><br>$2390.00  paralegal | 17.3<br><br>23.9 |
| 2. Claims review | Included in item 1 | |
| 3. Fee/Employment Applications of all professionals | | No charge |

| 4. Mortgage Modification | $1,512.50 attorney | 5.5 |
| | $1,330.00 paralegal | 13.3 |

    3.      Law Office of Robert B. Branson, PA, spent a total of 60 hours combined attorney and paralegal time through December 19, 2012, in rendering its services to the estate. Debtor has agreed to pay $275.00 per hour for attorney services and $100.00 per hour for paralegal services. A detailed statement of the time spent and a description of the services rendered to the estate is detailed in Exhibit "A" attached hereto.

    4.      A summary of the time expended by Law Office of Robert B. Branson, PA, attorneys Robert B. Branson and John F. Raffaelli, and paralegals, Tammy C. Branson, Shelly Eason, and Amanda Wiebe, and the fees therefore, are as follows:

Attorney time   22.8 hrs. @ $275.00 hr.:        $ 6,270.00

Paralegal time   37.2 hrs. @ $100.00 hr.:        $ 3,720.00
**Total Attorney and Paralegal fees**        **$ 9,990.00**

COSTS:
Postage  5 mail outs as minimum x 40 crs x .40    $      80.00
Facsimiles   x .25        $      00.00
Filing Fees        $    274.00

Total Costs        $    354.00

**Total Attorney fees and Costs through   9/28/11:  $ 10344.00**

Less retainer paid of:        $ 2,074.00

**Balance due:**        **$ 7,916.00**

## AMOUNTS REQUESTED

5.      In this Application, the Law Office of Robert B. Branson, PA, time entries total the sum of $9990.00, for services it rendered to the debtor-in-possession and the estate and $354.00, as reimbursement for its costs, for a total of $10344.00.

## THE JOHNSON FACTORS

6.      The determination of the reasonableness of the fees requested should be considered in light of the twelve factors set forth in <u>Johnson v. Georgia Highway Express, Inc.,</u> 448 F.2d 714 (5th Cir. 1974) as follows:

   a.    <u>Time and Labor Required.</u>  The billing entries are outlined above in paragraph 5 of the Law Office of Robert B. Branson, PA, as counsel for the debtor for the time period for which compensation is sought.  Law Office of Robert B. Branson, PA, acted as the only attorney for the debtor and, therefore, none of the time entries are duplicative.

   b.    <u>Novelty and Difficulty of Questions.</u> This case involved the typical issues raised in a Chapter 11 case involving cramdown issues.

   c.    <u>Skill Necessary to Properly Perform Legal Services.</u>  Proper performance of the legal services in this case required an in depth, working knowledge of the Bankruptcy Code and the duties of the debtor-in-possession.  This case clearly required special expertise in counsel for the debtor-in-possession.  An attorney not familiar with the issues raised in this case would have been required to spend a large amount of time researching the issues.

   d.    <u>Preclusion of Other Employment Due to Acceptance of Case.</u>  Except to the extent that it was precluded from representing creditors of the debtor, the Law Office of Robert B. Branson, PA, was not precluded from employment in other matters due to its representation of the debtor in this case.

e.  <u>Customary Fee.</u>  The fees requested in this case are based on the Law Office of Robert B. Branson, PA, customary fees for legal services (a) based on the nature, extent and value of such service, (b) the time spent on such services, and (c) the cost of comparable services other than in a case under the Bankruptcy Code. Of note, other professionals with fees approved in similar causes have greater awards.

f.  <u>Fees Fixed or Contingent.</u>  The payment of fees to the Law Office of Robert B. Branson, PA, was contingent to the extent that all fees are subject to court approval and to the extent fees have exceeded the retainer and are not paid by third parties.

g.  <u>Time Limitations Imposed by the Case.</u>  This case posed no special time limitation other than those customary in a Chapter 11 case.

h.  <u>Amount Involved and the Results Obtained.</u>  The fees requested are within the range of those customarily charged in cases of this type.

i.  <u>Experience, Reputation, and Ability of Attorneys.</u>  The Law Office of Robert B. Branson, PA, has the experience, reputation and ability in the field of bankruptcy law to justify an award in the amount requested.  The Law office of Robert B. Branson, PA, devotes a large portion of its legal practice to bankruptcy and related matters and is recognized in those areas of practice in the Central Florida area. The Law Office of Robert Branson is well experienced in mortgage modifications.

j.  <u>Undesirability of the Case.</u>  This case was not very desirable.

k.  <u>Nature and Length of Professional Relationship with Debtor.</u>  The Law Office of Robert B. Branson, PA, had no prior relationship with the debtor.

l.  <u>Award in Similar Cases.</u>  The amounts requested are below the range of awards for similar services within the Middle District of Florida.

## DECLARATION

The undersigned declares under penalty of perjury that the foregoing facts are true and correct to the best of his knowledge.

/s/ Robert B. Branson
The Law Office of Robert B. Branson
**ROBERT B. BRANSON, ESQUIRE**
Florida Bar Number: 800988
**JOHN RAFFAELLI, ESQUIRE**
Florida Bar Number: 808008
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 896-7370
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been furnished by either electronic transmission this 2nd day of September, 2011: Laurie K. Weatherford, Chapter Trustee, PO Box 3450, Winter Park, FL 32790 and to Debtor.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar Number: 800988
1501 East Concord Street
Orlando, FL  32803
(407) 894-6834
Attorney for Debtor in Possession

# EXHIBIT "A"

**RB= Robert Branson, Esquire at 275.00 per hour**

**JR= John Raffaelli, Esquire at hourly rate 275.00 per hour**

**TB=Tammy Branson, Senior Paralegal 100.00 per hour**

**SE= Shelly Eason, Paralegal at 100.00 per hour**

**AW=Amanda Weibe, Paralegal at 100.00 hour**

**LM =Lisa McCleary, Mortgage Modification Specialist at 100.00 per hour**

| DATE | DESCRIPTION | TIME | BY | TASK |
|---|---|---|---|---|
| 1/15/09 | Office consult to retain | 1.0 | RB | 1 |
| 1/17/09 | Prep schedules and petition, analyze paystubs | 1.5 | SE | 1 |
| 1/21/09 | Appt Re: signing and review file | 1.5 | RB | 1 |
| 2/18/09 | Appt Re: add'l documents, finalize retainer | 1.2 | RB | 1 |
| 4/3/09 | Office Appt with Client Re: signing petition /schedules | 1.0 | JR | 1 |
| 4/3/09 | File Petition and Schedules w/ the Court | .5 | SE | 1 |
| 4/3/09 | Submit all returns to Ch 13 Trustee | .5 | AW | 1 |
| 4/8/09 | Review NOC and calendar dates | .3 | SE | 1 |
| 4/13/09 | Letter to Client re: 341 details | .2 | SE | 1 |
| 4/16/09 | Review ltr from Mercantile Re: insurance, t/c with Client | .3 | JR | 1 |
| 4/21/09 | Prepare Chapter 13 Plan, file with court, t/c with client | 1.0 | TB | 1 |
| 4/22/09 | Letter to Client Re: Payment due date, obligations of 13 | .2 | SE | 1 |
| 4/29/09 | office appt Re: 341 review | 1.0 | JR | 1 |
| 5/7/09 | Attend 341, pre and post meeting w/ client | 1.0 | JR | 1 |

| Date | Description | Hours | Atty | Code |
|---|---|---|---|---|
| 5/8/09 | Draft Motion to Strip lien, Letter to Client | .4 | AW | 1 |
| 5/14/09 | Letter to Mercantile Bk Re: vehicle insurance | .2 | JR | 1 |
| 5/20/09 | File Motion to Strip Lien and file with Court, serve | .4 | SE | 1 |
| 6/2/09 | Review Objection to Conf by Chase | .1 | RB | 1 |
| 6/4/09 | t/c to Chase Re: mortgage mod follow up | .3 | LM | 4 |
| 6/12/09 | Review Response to Mtn to Strip by Chase | .1 | RB | 1 |
| 6/23/09 | Review letter from Chase | .1 | RB | 1 |
| 8/12/09 | Emails to and from a/f Chase re: Strip mtn | .4 | RB | 1 |
| 8/13/09 | Review consent to mtn to strip by Chase | .1 | RB | 1 |
| 9/2/09 | Review bardate, claims, amend plan | 1.0 | TB | 1 |
| 9/3/09 | Review email, file, dictate mtn to value truck and ltr to client | .6 | RB | 1 |
| 9/3/09 | File and serve plan | .4 | SE | 1 |
| 9/8/09 | Faxed requested packet, mail out authorization letter to Client, review and analyze | .5 | LM | 4 |
| 9/16/09 | t/c with Client Re: spoke with Chase, they state denial | .4 | LM | 4 |
| 9/17/09 | File Motion to Value and serve | .4 | SE | 1 |
| 9/28/09 | t/c Chase Re: Requested new mod packet | .3 | LM | 4 |
| 10/2/09 | Review Notice of Conf , calendar conf hrg | .1 | SE | 1 |
| 10/3/09 | Mailed out new packet to client | .2 | LM | 4 |
| 10/5/09 | Review fax from Chase Re: mtg mod | .3 | LM | 4 |
| 10/13/09 | Letter to Chase Re: mtg mod | .2 | JR | 4 |
| 10/24/09 | Draft and Submit Order on Motion to Strip Lien And Motion to Value | .6 | SE | 1 |
| 10/26/09 | Review Orders on Strip and Value | .1 | RB | 1 |
| 11/1/09 | t/c with Client Re: Hearing | .3 | RB | 4 |

| Date | Description | Hours | Atty | Code |
|---|---|---|---|---|
| 11/2/09 | Attend Hearing Re: Motion to Compel Loan Mod | 1.0 | RB | 4 |
| 11/3/09 | Draft and Submit Order on Motion to Compel | .5 | TB | 4 |
| 11/3/09 | Fax money orders | .1 | TB | 1 |
| 11/5/09 | Review Proposed Confirmation Order | .4 | RB | 1 |
| 11/9/09 | Review Order of Conf | .1 | RB | 1 |
| 11/23/09 | Fax to Chase requesting package | .2 | LM | 4 |
| 11/28/09 | Analyze income, review docs | .6 | LM | 4 |
| 12/8/09 | t/c to Chase Re: clarify escrow account, no response, Chase to email supervisor | .4 | LM | 4 |
| 12/9/09 | t/c with Chase Re: requested current paystubs and bk Statements | .2 | LM | 4 |
| 12/22/09 | t/c Chase Re: state with negotiator | .3 | LM | 4 |
| 2/3/10 | t/c Chase re: state modification has been submitted | .2 | LM | 4 |
| 3/3/10 | Review Motion to Dismiss Letter to client re: MTD | .2 | TB | 1 |
| 3/10/10 | t/c with Client re: motion to modify bk | .5 | RB | 1 |
| 3/25/10 | Prepare and file Motion to Modify | 1.0 | TB | 1 |
| 3/20/10 | t/c with Chase Re: modification is approve, discussed numbers | .5 | LM | 4 |
| 3/20/10 | t/c with Client on details of mod | .3 | LM | 4 |
| 3/30/10 | Review obj by tr to motion to modify | .2 | RB | 1 |
| 4/6/10 | Review and calendar notice of evid hrg | .1 | SE | 1 |
| 4/16/10 | Submit tax return and refund request letter | .5 | TB | 1 |
| 4/19/10 | Review file | 1.0 | RB | 1 |
| 4/20/10 | Attend Hearing re: Mtn to Modify Bk and Obj by T | 1.0 | RB | 1 |
| 4/23/10 | Motion to Approve Trial Period, file and serve | .6 | TB | 1 |

| Date | Description | Hours | Atty | Code |
|---|---|---|---|---|
| 5/26/10 | t/c with Client re: tax refund and denial | .5 | TB | 1 |
| 5/26/10 | Email to Ch 13 Trustee re: tax refund | .4 | TB | 1 |
| 6/5/10 | Email to Ch 13 Trustee re: tax refund and budget | .3 | TB | 1 |
| 6/5/10 | Amend I and J, Summary of Schedules | .5 | SE | 1 |
| 6/5/10 | Draft and Submit Order on Mtn to Approve Trial Mod | .5 | TB | 4 |
| 6/7/10 | Review Approval Letter fro m Trustee Re: Taxes | .1 | RB | 1 |
| 6/8/10 | Review Order on M to Approve Trial Mod | .1 | RB | 1 |
| 6/21/10 | Emails to and from Ch 13 Trustee Re: Mtn to Mod Bk | .5 | TB | 1 |
| 7/6/10 | Analyze insurance, escrow, review file, trial periods | .5 | TB | 4 |
| 9/7/10 | Review package, analyze income | 1.0 | LM | 4 |
| 9/8/10 | Fax authorization to Chase | .1 | LM | 4 |
| 9/14/10 | t/c with Chase and re-fax authorization to Chase | .2 | LM | 4 |
| 11/10/10 | Emails from a/f Chase Re: payment, mtg mod | .5 | RB | 4 |
| 11/28/10 | Reanalyze income, review updated docs from client | .5 | LM | 4 |
| 12/3/10 | Email to and From Mr. Spivak Re: Mtg Mod and Escrow Issues | .5 | TB | 4 |
| 12/3/10 | Review file, dictate next steps<br>Pull property taxes, call client re: insurance | 1.0 | RB | 4 |
| 12/7/10 | Emails to and from a/f Chase Re: loan mod attached | .2 | SE | 4 |
| 12/14/10 | Review Mortgage Modification | .5 | RB | 4 |
| 12/27/10 | Review statements from Client, Letter from Chase | .2 | TB | 1 |
| 12/28/10 | Email to and from a/f Chase Re: Mtg Mod Payment | .2 | LM | 4 |
| 12/29/10 | Email to and from a/f Chase Re: Mtg Mod Payment | .3 | LM | 4 |
| 1/4/11 | Email to and from a/f Chase Re: escrow issues | .5 | LM | 4 |
| 1/20/11 | t/c w/ Client Re: Payment arrearage | .2 | TB | 3 |

| Date | Description | Hours | Atty | Cat |
|---|---|---|---|---|
| 1/25/11 | Review MTD | .1 | RB | 1 |
| 1/25/11 | Letter to Client Re: MTD and options | .1 | SE | 1 |
| 1/29/11 | t/c with Client re: mtn to modify bk | .4 | RB | 1 |
| 1/29/11 | Draft, file and serve Mtn to Modify bk | 1.5 | TB | 1 |
| 1/29/11 | Review final mod, office consult with client | 1.0 | RB | 1 |
| 1/29/11 | Motion to Approve Final Mod | .5 | TB | 4 |
| 1/29/11 | Prepare and file Supplemental Attorney Comp | .2 | SE | 1 |
| 1/31/11 | Review consent to mod by trustee | .1 | RB | 1 |
| 2/09/11 | Draft amended motion to modify | .6 | TB | 1 |
| 2/20/11 | Office consult Re: tax refund, receipts, mod | 1.0 | TB | 1 |
| 2/21/11 | Review consent by trustee to amended mod | .1 | RB | 1 |
| 2/25/11 | Letter to Chapter 13 Trustee re: Tax Refund Analyze tax return to Schedule I income, review receipts | .6 | SE | 1 |
| 2/28/11 | Analyze escrow and payment change | .6 | TB | 4 |
| 3/2/11 | Review approval ltr from Ch 13 Trustee | .1 | RB | 1 |
| 3/3/11 | Draft and Submit Order on Motion to Approve Loan Mod | 1.0 | TB | 4 |
| 3/3/11 | Review order | .2 | RB | 4 |
| 3/4/11 | Objection to Payment Ch, draft, file and serve | .6 | TB | 1 |
| 3/8/11 | Review Order on Mtn to Approve Final Mod | .1 | RB | 1 |
| 3/15/11 | Emails to and from a/f Chase Re: Obj to Payment, escrow | .4 | TB | 4 |
| 3/17/11 | Review Order Granting Motion to mod Bk | .1 | RB | 1 |
| 4/6/11 | Emails to and from Mr. Beuge Re: Agreed Order on Objection To Payment Change | .3 | RB | 4 |
| 4/8/11 | Review Agreed Order | .1 | RB | 1 |
| 4/12/11 | Review notice of payment increase | .1 | RB | 1 |

| Date | Description | Time | Atty | Code |
|---|---|---|---|---|
| 4/21/11 | t/c with Chase, they called re: mtg mod process | .4 | LM | 4 |
| 6/23/11 | Prepare Amendment to Schedule B and letter to client | 1.0 | TB | 1 |
| 6/23/11 | Review amendments | .2 | RB | 1 |
| 7/1/11 | File Amendment to B with Court, serve | .3 | SE | 1 |
| 7/12/11 | Preparation of Application to Employ | .4 | TB | 1 |
| 7/12/11 | Letter to Hornsby re: Application to Employ | .2 | JR | 1 |
| 8/4/11 | Review Letter and Application Re: Hornsby | .2 | RB | 1 |
| 8/5/11 | File Application to employ Re: Hornsby | .3 | SE | 1 |
| 8/10/11 | Review file, dictate Motion to Compel, ltr to client | .5 | RB | 4 |
| 8/11/11 | Draft and file Motion to Compel | .6 | TB | 1 |
| 8/12/11 | Review MTD | .1 | RB | 1 |
| 8/13/11 | Review Notice of Hrg and calendar | .1 | SE | 1 |
| 8/14/11 | Review Order on Application to Employ | .1 | RB | 1 |
| 8/19/11 | Draft Order on Application to Employ and Submit | 1.0 | TB | 1 |
| 9/3/11 | Review Agreed Order on Motion to Compel | .2 | RB | 1 |
| 9/13/11 | Review Letter from Hornsby Re: Medical Payment Benefits | .2 | RB | 1 |
| 9/14/11 | t/c with Client Re: Medical Payments | .2 | RB | 1 |
| 9/21/11 | Review MTD and letter to client | .1 | RB | 1 |
| 9/26/11 | Letter to client Re: Motion to Dismiss | .1 | SE | 3 |
| 10/12/11 | Draft Mtn to Modify Bk | 1.5 | TB | 1 |
| 10/12/11 | Review MTModify Bk | .2 | RB | 1 |
| 10/19/11 | Prepare and File Motion to Move Payment Due Date | .4 | TB | 1 |
| 11/2/11 | Review file, attend hearing | 1.0 | RB | 4 |
| 11/14/11 | Send correspondence to Chase Re: letter regarding Mod | .1 | JC | 1 |
| 11/16/11 | Review Objection to Attorney's fees | .3 | RB | 1 |

| Date | Description | Hours | Atty | |
|---|---|---|---|---|
| 11/30/11 | Review file, docket, file supplemental attorney comp | .5 | TB | 1 |
| 12/13/11 | Attend Hearing on Objection to Motion to Move Pay Due Date | 1.0 | RB | 1 |
| 12/19/11 | Office Consult with TB Re: letters from Chase re: Modification | 1.0 | TB | 4 |

Total Attorney time:     22.8 hours x 275.00 per hour =  $6270.00

Total Paralegal time:    37.2 hours x 100.00 per hour =  $3720.00


Total fees earned:                                      $9990.00